## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Douglas Baldwin, being duly sworn, do depose and state that:

1. I am a special agent with the United States Department of State, Diplomatic Security Service ("DSS"), and have been so employed since October 2001. I have successfully completed a training program in conducting criminal investigations at the Federal Law Enforcement Training Center in Brunswick, Georgia, and an advanced training program with the DSS in Dunn Loring, Virginia and the Federal Law Enforcement Training Center in Glynco, Georgia. I have a bachelor's degree from the University of North Dakota and a master's degree from Anna Maria College. I have served as a law enforcement officer for the last 20 years. My current duties as a DSS Special Agent include conducting investigations involving the fraudulent acquisition, production, and misuse of U.S. and foreign passports, U.S. Visas, and identity documents. I am familiar with the methods, routines, and practices of document counterfeiters, vendors, and other persons who fraudulently obtain or assume false identities.

2. Based on my training and experience, I know that it is a violation of Title 18, United States Code, Section 1542 for a person to willfully and knowingly make any false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States.

3. I submit this affidavit in support of a criminal complaint charging Denvil CALLWOOD with Passport Fraud.

4. The facts herein are based on my investigation and a review of reports written by law enforcement officers during this investigation and my conversations with them. In submitting this affidavit, I have not included every fact known to me regarding this investigation. Instead, I have included only those facts which I believe are sufficient to establish probable cause.

Investigation

5. On May 4, 2018, at the Luis Munoz Marin International Airport in Carolina, Puerto Rico, Denvil CALLWOOD, a citizen of Great Britain, applied for admission into the United States as a Visitor for Pleasure using the Visa Waiver Program on board Seaborne Airline flight 4510 from Tortola, the British Virgin Islands. Upon arrival, CALLWOOD presented himself for inspection using a United Kingdom of Great Britain passport # 553630871.

6. As part of the inspection process, the fingerprints of CALLWOOD were taken and they returned a match to an FBI Record. FBI# 108099FC7 is assigned to CALLWOOD.

7. A search of government databases showed that CALLWOOD was ordered removed from the United States by an immigration judge on August 23, 2012, and this information was reflected in the FBI number return.

8. FBI criminal history records show that J.R. is an alias associated with CALLWOOD.

9. A review of these records shows numerous arrests in Massachusetts. These arrests were under the name of J.R.

10. On May 4, 2018, U.S. Customs and Border Protection Officers provided CALLWOOD *Miranda* warnings, which he waived.

11. Inspectors then questioned CALLWOOD regarding his criminal history and the name J.R. CALLWOOD stated that in early 2000's he found a wallet that belonged to J.R. and it contained a social security number and credit cards. CALLWOOD stated that he stole the identity to try to avoid being identified by authorities.

12. CALLWOOD further informed inspectors that he acquired a state identification, a birth certificate from Puerto Rico and tried to obtain a U.S. Passport. CALLWOOD stated that he

wanted the U.S. Passport to travel back and forth between his country (Great Britain, British Virgin Islands) and the U.S.

13. A search of the Consolidated Consular Database – American Citizen Query System (CCD –ACRQ) computer database showed that on January 8, 2010, an individual submitted an application for a United States passport at the United States Post Office in Framingham, Massachusetts. He attached his photograph to the application. He represented on the application that he was the following person:

Name: J.A.C.R.

Date of Birth: xx/xx/1975

Place of Birth: Aibonito, Puerto Rico

Social Security Number: xxx-xx-5144

14. The applicant supported his application with a birth certificate for J.A.C.R., DOB xx/xx/1975, born in Aibonito, Puerto Rico, and a Massachusetts state ID in the name of J.A.C.R. (S78289172).

15. The applicant signed the passport application under penalty of perjury, representing that he was "a citizen or non-citizen national of the United States;" that all of the information on the application was true and accurate; and that he had not "knowingly and willfully made false statements or included false documents in support of this application."

16. On February 3, 2010 the U.S. Department of State sent the applicant a letter requesting additional documentation to establish identity. The letter went unanswered.

17. On May 3, 2010, the U.S. Department of State forwarded a letter stating that the previous letter dated February 3, 2010, requesting additional documentation went unanswered, therefor the application was denied.

18. A comparison of the photo obtained of CALLWOOD during his arrest on May 4, 2018, by USCBP in Puerto Rico and the image attached to U.S. Passport application # 237 106 553 in the name of J.R. show that they are the same person.

19. A comparison of the photo contained on British passport # 760 833 238 issued in the name of Denvil CALLWOOD, which was presented to USCBP during his arrest on May 4, 2018, and the image attached to U.S. Passport application # 237 106 553 in the name of J.R. show that they are the same person.

20. A review of police reports showed that on September 19, 2013, CALLWOOD was stopped by the Massachusetts State Police for traffic violations. During the traffic stop CALLWOOD initially provided Troopers with a "Notice of Warrant Cancellation" from Framingham District Court under the name of Denvil CALLWOOD and a DOB of xx/xx/1979 in response for a request for identity.

21. Troopers then requested CALLWOOD's Social Security Number and he provided xxx-xx-5144. Troopers conducted a check of the Registry of Motor Vehicles database and found that SSN xxx-xx-5144 is associated with a revoked license belonging to J.R. with a date of birth of xx/xx/1975.

22. Troopers immediately recognized that CALLWOOD and J.R were in fact the same person and CALLWOOD was arrested for operation after suspension.

23. A comparison of the booking photo of CALLWOOD from the September 2013 arrest and the image attached to U.S. Passport application # 237 106 553 in the name of J.R. show that they are the same person.

Conclusion

24. Based on the foregoing facts, I submit there is probable cause to believe that on January 8, 2010, Denvil CALLWOOD, in Framingham, within the District of Massachusetts, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use and the use of another, contrary to the laws regulating the issuance of passports, in violation of Title 18, United States Code, Section § 1542.

_____
DOUGLAS BALDWIN
United States Department of State

Subscribed and sworn to before me this 21th day of May 2018.

_____
HONORABLE JENNIFER C. BOAL
United States Magistrate Judge
District of Massachusetts